# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| TAYLOR SHAYE DESIGNS LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHEIN DISTRIBUTION CORP., <br><br> Defendant. | Civil Action No. 1:23-cv-624- SEB-TAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Taylor Shaye Designs LLC and Shein Distribution Corp. by and through their undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the Complaint with prejudice with each party bearing its own fees and costs.

Respectfully submitted,

s/Bradley M. Stohry
Bradley M. Stohry
REICHEL STOHRY DEAN LLP
6151 Central Ave.
Indianapolis, IN 46220
Tele: 317-501-2891
brad@rsindy.com

*Attorney for Plaintiff*

Respectfully submitted,

s/David J. Carr
David J. Carr
Thomas A. Walsh
Paul C. Sweeney
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: (317) 236-2100
Fax: (317) 236-2219
Email: david.carr@icemiller.com
Email: thomas.walsh@icemiller.com
Email: paul.sweeney@icemiller.com

*Attorneys for Defendant*

Dated: November 14, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel for all parties of record.

                                              s/Bradley M. Stohry
                                              Bradley M. Stohry